IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YONI NOAH GORFINKEL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-01086-X (BT) |
| | § | |
| UNITED STATES CITIZENSHIP | § | |
| and IMMIGRATION SERVICE, et al., | § | |
| Defendants. | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case, dated February 12, 2021. Objections were filed, and the District Court has reviewed those parts of the proposed findings, conclusions, and recommendation to which objections were filed *de novo* and the rest for clear error. The Court found no error and, accordingly, overrules the objections.

Finding no error, the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 16th day of March, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE